# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROMETHEUS BIOSCIENCES, INC., )<br>MARK C. MCKENNA, HELEN C. ADAMS, )<br>FRED HASSAN, MARTIN HENDRIX, )<br>JAMES LAUR, JOSEPH C. PAPA, JUDITH )<br>L. SWAIN, and MARY SZELA, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:23-cv-00563-MN<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: June 16, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*